THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DORIA, Appellant.— Judgment of conviction of the County Court of Suffolk county unanimously affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD MORRISON, Alias JOHN ROBINSON, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Richmond, reversed on the law and the facts and a new trial ordered. The criminal intent of the defendant was not proved beyond a reasonable doubt. Hagarty, Tompkins and Johnston, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to affirm.

SONIA RADOW, Appellant, v. PAUL RADOW, Respondent.— Order denying motion for alimony and counsel fees in a separation action affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

ISSIDOR ROSEN, Respondent, v. HENRY WEINSTEIN and Another, Appellants; TIMKEN-DETROIT COMPANY, Respondent, and Others, Defendants.— Judgment of foreclosure and sale unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

WILLIAM SWETNICK, Respondent, Appellant, v. MICHAEL MIDLER, Appellant, Respondent.— Order in so far as it grants examination before trial of defendant reversed on the law and the facts, with ten dollars costs and disbursements to defendant, and motion denied, with ten dollars costs. In so far as the order denies the motion, it is affirmed, without costs. Examinations before trial in this type of actions, particularly where there is a cause of action for criminal conversation, are rarely necessary and are not favored by the courts. In our opinion the examination, to be used upon the trial, and which would result in the airing of scandalous matter, is not sought in good faith. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

JASON D. CROISSANT, an Infant, etc., Appellant, v. ORRIN H. DOSCHER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for modification denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ROSE CRYSTAL, Respondent, v. BANCO DiNAPOLI, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Carswell, Tompkins and Johnston, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of JOHN F. CONWAY, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION in Respect of WILLIAM W. DAVISON, an Attorney and Counselor at Law.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.